MEMORANDUM OPINION




No. 04-03-00306-CV



Mario AVILA,


Appellant



v.



LONGHORN MEADOWS, J.V.,


Appellee



From the County Court at Law No. 1, Guadalupe County, Texas


Trial Court No. 4376


Honorable Linda Z. Jones, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Paul W. Green, Justice


Delivered and Filed: October 29, 2003


DISMISSED FOR WANT OF PROSECUTION

 Appellant's brief, which was due on September 4, 2003, has not been filed. On September 18,
2003, this court ordered appellant to show cause in writing by October 3, 2003, why this appeal should
not be dismissed for want of prosecution. Appellant did not respond. The appeal is 

dismissed for want of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b). Costs of appeal are taxed
against appellant. 

 PER CURIAM